IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHRISTINE M. EMERSON,

          Plaintiff,

       vs.

MADONNA REHABILITATION
HOSPITAL,

          Defendant.

**4:14CV3224**


**ORDER**


IT IS ORDERED:

The motion to permit Michael J. Dyer and Dyer Law, P.C., LLO to withdraw as counsel on behalf of the plaintiff, (filing no. 13), is granted.

February 24, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge