IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTINE M. EMERSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MADONNA REHABILITATION HOSPITAL,<br><br>　　　　　Defendant. | 4:14CV3224<br><br>**AMENDED PROGRESSION ORDER** |

　　　This matter is before the court on the parties' Joint Motion to Continue Deadlines, (Filing No. 21). Based upon the representations of the parties, the motion is granted.

　　　IT IS ORDERED, the progression schedule is amended as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is February 1, 2016. Motions to compel Rule 33 through 36 discovery must be filed by January 15, 2016.

2) Defendant's deadline for complete expert disclosures, for both retained and non-retained experts, is December 15, 2015.

3) The deposition deadline is March 31, 2016

4) Motions to exclude testimony on <u>Daubert</u> and related grounds is February 29, 2016.

5) The deadline for filing dispositive motions is February 15, 2016.

6) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on July 18, 2016, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2

7)   The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on June 28, 2016 at **11:00 a.m.**, and will be conducted by WebEx conferencing. A separate order will be filed with the instructions and codes for participating in the pretrial conference by WebEx. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 24, 2016.

Dated this 2nd day of October, 2015

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge