IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Christine M. Emerson<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Madonna Rehabilitation Hospital<br><br>　　　　　　Defendant. | 8:14CV3224<br><br>ORDER OF DISMISSAL |

This matter is before Court on the parties' Joint Motion for Dismissal with Prejudice (Filing No. 32). The Court finds the joint motion should be granted in accordance with Federal Rule of Civil Procedure 41(a). The above-captioned action will be dismissed with prejudice, and each party will bear their own attorney fees and costs.

IT IS ORDERED:

1. The parties' Joint Motion for Dismissal with Prejudice (Filing No. 32) is approved;
2. the above-captioned action is dismissed with prejudice; and
3. the Court will not assess attorney fees and costs.

Dated this 14th day of July, 2016

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Robert F. Rossiter, Jr.*
　　　　　　　　　　　　　　　　　　United States District Judge